# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALBERT B. PILGRAM  
P.O. BOX 1882  
ROCKFORD, IL 61110  

SSN-xxx-xx-8570

Case Number: 07-70028

Case filed on: 1/5/2007  
Plan Confirmed on: 8/27/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,955.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 14,378.42 | 14,378.42 | 3,585.87 | 0.00 |
| 005 | DELANA WOODY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 14,378.42 | 14,378.42 | 3,585.87 | 0.00 |
| 999 | ALBERT B. PILGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 9,900.00 | 6,500.00 | 1,390.94 | 927.92 |
| 002 | INTERNAL REVENUE SERVICE | 1,900.00 | 1,900.00 | 509.52 | 218.40 |
|  | Total Secured | 11,800.00 | 8,400.00 | 1,900.46 | 1,146.32 |
| 001 | CAPITAL ONE AUTO FINANCE | 1,137.23 | 4,537.23 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 48,535.41 | 48,535.41 | 0.00 | 0.00 |
| 003 | CAPITAL ONE BANK (USA) NA | 1,203.08 | 1,203.08 | 0.00 | 0.00 |
| 004 | CAPITAL ONE BANK (USA) NA | 1,985.56 | 1,985.56 | 0.00 | 0.00 |
| 006 | PREMIER BANKCARD/CHARTER | 520.22 | 520.22 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 698.16 | 698.16 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 1,948.79 | 1,948.79 | 0.00 | 0.00 |
| 009 | CHASE TAX RELATED PRODUCTS GROUP | 1,179.00 | 1,179.00 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 6,279.51 | 6,279.51 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 358.64 | 358.64 | 0.00 | 0.00 |
| 012 | IL. DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 63,845.60 | 67,245.60 | 0.00 | 0.00 |
|  | Grand Total: | 91,724.02 | 91,724.02 | 7,186.33 | 1,146.32 |

Total Paid Claimant: $8,332.65  
Trustee Allowance: $622.35  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

       /s/ Lydia S. Meyer  
       Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009      By /s/Heather M. Fagan